IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| RODNEY WHITING | NO. 23-29-2 |

## O R D E R

**AND NOW**, this 26th day of August, 2025, upon consideration of Defendant Rodney Whiting's Motion to Suppress (ECF Nos. 45, 97), as well as the Government's Response in Opposition thereto (ECF No. 55), and after a hearing on the Motion, it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**. It is **FURTHER ORDERED** that Defendant's Second Motion to Permit Cross-Examination of Officer Momme Referencing His IA Complaints (ECF No. 97) is **DENIED AS MOOT**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, C.J.**